■ LEONARD BLUMBERG et al., Plaintiffs, v JOSEPH GOLDBERG et al., Defendants. PATIENT's FIRST MEDICAL CARE, P. C., et al., Third-Party Plaintiffs-Respondents, v I. RAUSCH & SONS, Third-Party Defendant-Appellant. [690 NYS2d 237] —Order, Supreme Court, Bronx County (Jerry Crispino, J.), entered February 2, 1998, which, to the extent appealed from, denied third-party defendant I. Rausch & Sons' motion for summary judgment dismissing the third-party complaint, unanimously affirmed, without costs.

The motion of third-party defendant I. Rausch & Sons (Rausch) was properly denied since Rausch failed to meet its burden, at this stage of the proceedings prior to the completion of discovery, of tendering sufficient medical proof in admissible form to establish that plaintiff's injuries could be reasonably allocated or divided among the alleged prior and successive tortfeasors (*compare, Dubrey v Champlain Val. Physicians Hosp. Med. Ctr.*, 189 AD2d 950, *with Hovsepian v Kleinman-Cindrich*, 226 AD2d 431, and *Kalikas v Artale*, 124 AD2d 645). Concur—Sullivan, J. P., Tom, Lerner and Buckley, JJ.